JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SA CV 14-1635-DOC (RNBx)                Date: January 5, 2014

Title: ADAM MORN V. AMERICAN MESSAGING SERVICES, LLC ET AL.


PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:
None Present                       None Present


**PROCEEDINGS (IN CHAMBERS):   ORDER REMANDING CASE TO STATE COURT**


Before the Court are the Parties' responses to the Court's Order to Show Cause Why the Amount in Controversy Exceeds $75,000. Order (Dkt. 18).

Plaintiff filed this Complaint in state court. On October 8, 2014, Defendant removed this action to federal court on the basis of diversity jurisdiction. Notice of Removal (Dkt. 1). In the Complaint (Dkt. 1-2), Plaintiff claims that Defendant wrongfully cancelled his voicemail service after a dispute with a service representative, even though he tendered $20 in payment for the service. Plaintiff initially demanded $750,000 in damages. Compl. at 7. Plaintiff included no factual support for this damages claim. Nevertheless, Defendant justifiably relied on the Plaintiff's original claim for damages in removing this action to federal court. Upon reviewing the Complaint, however, the Court determined that this amount may not have been claimed in good faith and that the amount in controversy was therefore undetermined.

Therefore, on December 2, 2014, the Court issued the Order directing the parties to submit five-page briefs "to show why the jurisdictional amount in controversy is satisfied" without relying on "Plaintiff's specious claim for $750,000.00 in damages." Order at 1. In his response (Dkt. 20), the Plaintiff avers that the total damages he could recover in this matter is $24,293, and now seeks to remand the case to State Court. *Id.* at 2.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 14-1635-DOC (RNBx)            Date: January 5, 2015

Page 2

     This amount falls below the jurisdictional threshold of 28 U.S.C. Section 1332(a). As the amount in controversy is admitted to be under $75,000, the Court does not have subject matter jurisdiction to hear this matter. *Valdez v. Allstate Ins. Co.*, 372 F.3d 1115, 1118 (9th Cir. 2004).

     According, this action is REMANDED back to the Orange County Superior Court.

     The Clerk shall serve this minute order on the Parties.

MINUTES FORM 11                                                  Initials of Deputy Clerk:  djg
CIVIL-GEN